CHRISTOPHER'S CREATIVE DE-
SIGN, INC., a.k.a Christopher's
Christmas Party Gifts & Antiques,
Christopher James, Plaintiffs–Appel-
lants,

v.

CITY OF NORTH PALM BEACH,
Defendant–Appellee.

No. 05–16801
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 18, 2006.

Barry M. Silver, Boca Raton, FL, for
Plaintiffs–Appellants.

Charles M. Pigott, Charles M. Pigott,
P.A., West Palm Beach, FL, for Defen-
dant–Appellee.

Before TJOFLAT, DUBINA and HILL,
Circuit Judges.

PER CURIAM:

This is an appeal from a final judgment
and order granting summary judgment in
favor of the Village of North Palm Beach.
The district court held that plaintiff failed
to show the essential element of its claim
under 42 U.S.C. § 2000cc, the Religious
Land Use and Institutionalized Persons
Act, that the sign ordinance of the Village
of North Palm Beach was a substantial
burden on its exercise of religious rights.

Finding no reversible error in this holding,
the judgment is due to be affirmed.

AFFIRMED.